```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
WYNNE TRANSPORTATION LLC,                                        :
                                                                 :
                              Plaintiff.                         :
                                                                 :              24 Cr. 1062 (JPC)
             -v-                                                 :
                                                                 :                   ORDER
CITY OF NEW YORK,                                                :
                                                                 :
                              Defendant.                         :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

"Courts do not usually raise claims or arguments on their own. But federal courts have an independent obligation to ensure that they do not exceed the scope of their jurisdiction, and therefore they must raise and decide jurisdictional questions that the parties either overlook or elect not to press." *Henderson ex rel. Henderson v. Shinseki*, 562 U.S. 428, 434 (2011). By February 21, 2025, the parties shall file supplemental letter briefs of no more than five pages advising the Court as to their views on whether the facts set forth in the Complaint, Dkt. 1, suffice to show an injury-in-fact necessary to support Plaintiff's Article III standing. *See Susan B. Anthony List v. Driehaus*, 573 U.S. 149, 158-61 (2014); *Does 1 - 10 v. Suffolk Cnty., N.Y.*, No. 21-1658, 2022 WL 2678876, at *2 (2d Cir. July 12, 2022) (summary order).

     SO ORDERED.

Dated: February 14, 2025  
      New York, New York  
                                      JOHN P. CRONAN  
                                      United States District Judge