IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| WYNNE TRANSPORTATION LLC | § § § | |
| Plaintiff, | § § | |
| V. | § § | Civil Action No. 24-CV-1062 (JPC) |
| CITY OF NEW YORK, | § § § | |
| Defendant. | § | |

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Under Rule 41(a)(1)(ii), Plaintiff Wynne Transportation LLC and Defendant the City of New York jointly stipulate to the dismissal of the Complaint (ECF 1), including all claims asserted therein, without prejudice to refiling the same at a later time. Each party shall bear its own fees and costs.

Dated:  Houston, Texas
        February 14, 2025

SO ORDERED.  The Clerk of Court is respectfully directed to close this case.

Date: February 15, 2025
New York, New York

\[signature\]
JOHN P. CRONAN
United States District Judge

Respectfully submitted,

**ANDREWS MYERS, P.C.**

*/s/ Elliot J. Kudisch*
ELLIOT J. KUDISCH
EKudisch@AndrewsMyers.com
MARK J. LEVINE*
MLevine@AndrewsMyers.com
**Admitted pro hac vice*

1885 Saint James Place, 15th Floor
Houston, Texas 77056-4110
T:    (713) 850-4200
F:    (713) 850-4211

*Attorneys for Plaintiff*
**Wynne Transportation LLC**
CORPORATION COUNSEL OF THE
CITY OF NEW YORK

/s/     Rachel K. Moston
Muriel Goode-Trufant
Rachel K. Moston
RMoston@law.nyc.gov
100 Church Street, Rm. 5-153
New York, New York 10007
T:      (212) 356-2190

*Attorneys for Defendant*
*The City of New York, New York*

### CERTIFICATE OF SERVICE

I certify that, on February 14, 2025, I served a copy of this instrument on all parties or counsel of record.

*Via CM/ECF*
CORPORATION COUNSEL OF THE CITY OF NEW YORK
Muriel Goode-Trufant
Rachel K. Moston
Scali Riggs
*Attorneys for Defendant*
*The City of New York, New York*

/s/ Elliot J. Kudisch
Elliot J. Kudisch